### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **Case No. 2:03-cr-213** |
| **v.** | : | **Judge Holschuh** |
| **LAVELLE PARKS, et al.,** | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

It has recently been brought to the Court's attention that on August 1, 2005, Judge Marbley issued a decision in United States v. Mayhew, No. 2:03-cr-165, 2005 WL 1845171 (S.D. Ohio Aug. 1, 2005), a case involving certain issues relevant to the issues addressed in the Memorandum and Order filed in this case on August 12, 2005.  The Mayhew decision does not require any change in the conclusions set forth in that Memorandum and Order regarding the issues of criminal intent and proximate cause.  Nevertheless, the Court does acknowledge the Mayhew decision in a revised "Preface" to the previous Memorandum and Order.

Accordingly, the Memorandum and Order filed on August 12, 2005 (Record at 76) is hereby **RESCINDED** and the Clerk is directed to file a new Memorandum and Order, a copy of which is attached to this Order.

### IT IS SO ORDERED.

Date: August 23, 2005

/s/ **John D. Holschuh**
John D. Holschuh, Judge
United States District Court